# Criminal Case Cover Sheet      U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00044**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 5(c) from _____

**Defendant Information:**

Juvenile: Yes ____ No _X_   Matter to be sealed: _X_ Yes ____ No

Defendant Name: HAJI SUBANDI

Alisas Name: _____

Address: _____

**RECEIVED SEP 28 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date: XX/XX/1937  SS#: N/A  Sex: M  Race: A  Nationality: Republic of Indonesia

**U.S. Attorney Information:**

AUSA: Marivic P. David

Interpreter: ___ No _X_ Yes    List language and/or dialect: Indonesian

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1    ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371<br>22 U.S.C. § 2778 | CONSPIRACY TO EXPORT DEFENSE ARTICLES | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 9/28/06    Signature of AUSA: _[signature]_