# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

06-00044

Superseding Indictment: ____ Docket Number: ____
Same Defendant: ____ New Defendant: X
Search Warrant Case Number: ____
R 20/ R 5(c) from: ____

**Defendant Information:**

Juvenile: Yes ___ No X    Matter to be sealed: X Yes ___ No

Defendant Name: REINHARD RUSLI

Alliasas Name: ____

Address: ____

Birth date: 1972   SS#: N/A   Sex: M   Race: A   Nationality: Republic of Indonesia

**RECEIVED SEP 28 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA: Marivic P. David

Interpreter: ___ No  X Yes    List language and/or dialect: Indonesian

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1    ___ Petty ___ Misdemeanor  X  Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371<br>22 U.S.C. § 2778 | CONSPIRACY TO EXPORT<br>DEFENSE ARTICLES | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 9/28/06    Signature of AUSA: _[signature]_

ORIGINAL