# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number ___06-00044___
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 5(c) from _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: _X_ Yes ___ No

Defendant Name ___HELMI SOEDIRDJA___

Allisas Name _____

Address _____

**RECEIVED SEP 28 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date __XX/XX/1973__ SS# __N/A__ Sex _M_ Race _A_ Nationality __Republic of Indonesia__

**U.S. Attorney Information:**

AUSA ___Marivic P. David___

**Interpreter:** ___ No _X_ Yes   List language and/or dialect: ___Indonesian___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371<br>22 U.S.C. § 2778 | CONSPIRACY TO EXPORT<br>DEFENSE ARTICLES | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __9/28/06__   Signature of AUSA: _____

**ORIGINAL**