| | |
|---|---|
| 1 LEONARDO M. RAPADAS<br>United States Attorney<br>2 MARIVIC P. DAVID<br>Assistant U.S. Attorney<br>3 Sirena Plaza Suite 500<br>108 Hernan Cortez Avenue<br>4 Hagatna, Guam 96910<br>Telephone: (671) 472-7332<br>5 Telecopier: (671) 472-7334<br>6 JAMES G. WARWICK<br>Assistant U.S. Attorney<br>7 36 South Charles Street<br>Fourth Floor<br>8 Baltimore, Maryland 21201<br>Telephone: (410) 209-4860<br>9 Telecopier: (410) 962-3124 | **FILED**<br>DISTRICT COURT OF GUAM<br>SEP 28 2006<br>MARY L.M. MORAN<br>CLERK OF COURT |

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>HAJI SUBANDI,<br>REINHARD RUSLI, and<br>HELMI SOEDIRDJA,<br><br>        Defendants. | CRIMINAL CASE NO. **06-00044**<br><br>**UNITED STATE'S APPLICATION<br>TO SEAL COMPLAINT AND<br>AFFIDAVIT, AND WARRANT<br>FOR ARREST** |

COMES NOW the United States moves this Honorable Court for an order sealing the Complaint and Affidavit, and Warrant for Arrest, in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 28th day of September, 2006.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

By: _____
      MARIVIC P. DAVID
      Assistant U.S. Attorney