LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

JAMES G. WARWICK
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4860
Telecopier: (410) 962-3124

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00044 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| HAJI SUBANDI, REINHARD RUSLI, and HELMI SOEDIRDJA, | ) | |
| Defendant. | ) | |

This matter having come before this Honorable Court based on the United State's Application to Seal the Complaint, and Warrant for Arrest, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the documents be sealed, until otherwise Ordered by the Court.

DATE: 9/28/2006

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam