# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00044-002  DATE: September 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 1:19:38 - 1:33:12
CSO: B. Benavente

**APPEARANCES:**
Defendant: Reinhard Rusli  Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David  U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Stephen Guilliot  U.S. Marshal: D. Punzalan / V. Roman
Interpreter: Foo Mee Chun Clinard  Language: Indonesian

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: _Samuel S. Teker_ appointed to represent the defendant.
- Defendant advised of his rights.
- Preliminary Examination set for: October 6, 2006 at 2:00 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: