# UNITED STATES DISTRICT COURT

District of __Guam__

UNITED STATES OF AMERICA

V.

REINHARD RUSLI

**WARRANT FOR ARREST**

Case Number: 06-000~~FILED~~

**FILED**
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __REINHARD RUSLI__
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him with (brief description of offense)

**Conspiracy to Export Defense Articles in violation of Title 18, U.S.C, § 371 and Title 22, U.S.C. § 2778**

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

September 28, 2006 at Hagatna, Guam
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

MARRIOTT - TUMAN, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/28/06 | Philip KARGE | Philip J. K. |
| DATE OF ARREST 9/28/06 | S/A ICE | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____