1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
4 Hagåtña, Guam 96910
PHONE: 472-7332
5 FAX: 472-7334

6 JAMES G. WARWICK
Assistant U.S. Attorney
7 36 South Charles Street
Fourth Floor
8 Baltimore, Maryland 21201
Telephone: (410) 209-4860
9 Telecopier: (410) 962-3124

10 Attorneys for the United States of America

11

**FILED**
DISTRICT COURT OF GUAM

OCT -4 2006

**MARY L.M. MORAN
CLERK OF COURT**

12 **IN THE UNITED STATES DISTRICT COURT**

13 **FOR THE DISTRICT OF GUAM**

14

15 UNITED STATES OF AMERICA,        )        CRIMINAL CASE NO. 06-00044
                                   )
16                    Plaintiff,    )
                                   )        **UNITED STATES' MOTION TO**
17         vs.                     )        **DISMISS COMPLAINT**
                                   )
18                                 )
HAJI SUBANDI,                      )
19 REINHARD RUSLI, and             )
HELMI SOEDIRDJA,                   )
20                                 )
                      Defendants.  )
21 _____ )

22

COMES NOW the plaintiff, United States of America, by and through its undersigned

23 attorney, and moves that the Complaint, in the above captioned matter, be dismissed, for the

24 reasons that the defendant has been charged through an Indictment on October 3, 2006, in the

25 //

26 //

27 //

28 //

1 under Criminal Case No. 06-0439-CCB, which said Indictment has incorporated similar criminal

2 acts described in the Complaint.

3 Respectfully submitted this _5th_ day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____

MARIVIC P. DAVID
Assistant U.S. Attorney

- 2 -