LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

JAMES G. WARWICK
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4860
Telecopier: (410) 962-3124

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00044 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | Granting United States' Motion |
| HAJI SUBANDI, | ) | to Dismiss Complaint |
| REINHARD RUSLI, and | ) | |
| HELMI SOEDIRDJA, | ) | |
| Defendants. | ) | |

This matter having come before this Honorable Court based on the United State's Motion to Dismiss Complaint in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Complaint be dismissed.

DATE: October 5, 2006

FRANCES M. TYDINGCO-GATEWOOD*
District Court of Guam

---

*The Honorable Frances M. Tydingco-Gatewood, United States District Judge by designation.